JEAN BAPTISTE RIVARD, THERESE CAMPAU, JEAN CAMPAU, VERONIQUE PETRE, FRANÇOIS PETRE, VICTOIRE CHOVIN BY JOSEPH CHOVIN HER NEXT FRIEND, ISABELLE GOUIN, PIERRE GOUIN, LOUIS RIVARD,

162

AND ANTOINE RIVARD *versus* JAMES ABBOTT AND ROBERT ABBOTT.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion to dissolve injunction *p. 136.
PAPERS IN FILE: [None]
*Chancery Case* 208 of 1835.